FILE COPY



**Court of Appeals**

Seventh District of Texas
Potter County Courts Building
501 S. Fillmore, Suite 2-A
Amarillo, Texas 79101-2449
www.txcourts.gov/7thcoa.aspx

BRIAN QUINN
Chief Justice

PATRICK A. PIRTLE
Justice

JUDY C. PARKER
Justice

LAWRENCE M. DOSS
Justice

BOBBY RAMIREZ
Clerk

MAILING ADDRESS:
P. O. Box 9540
79105-9540

(806) 342-2650

June 21, 2021

Hillary Netardus
Attorney at Law
P.O. Box 50652
Amarillo, TX 79159
* DELIVERED VIA E-MAIL *

Lynsi Brantley
Assistant Criminal District Attorney
Randall County Justice Center
2309 Russell Long Boulevard, Suite 120
Canyon, TX 79015
* DELIVERED VIA E-MAIL *

**RE:**   Case Number:  07-19-00267-CR, 07-19-00268-CR, 07-19-00269-CR
Trial Court Case Number:  76,315-A, 76,316-A, 76,317-A

**Style:**   Josue Julio Garcia-Morales v. The State of Texas

Dear Counsel:

The Court this day issued an opinion and judgment in the referenced appeal. *See* TEX. R. APP. P. 48.

Pursuant to Section 51.204(b)(2) of the Texas Government Code, exhibits on file with this Court, if any, will be destroyed three years after final disposition of the case or at an earlier date if ordered by the Court.

Very truly yours,

*Bobby Ramirez*

Bobby Ramirez, Clerk

cc:   Honorable Dan L. Schaap (DELIVERED VIA E-MAIL)
Stephnie Menke (DELIVERED VIA E-MAIL)